UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| TINA B., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:23-CV-00077-LEW |
| | ) | |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant | ) | |

## ORDER ACCEPTING RECOMMENDED DECISION

The matter is before the Court on the United States Magistrate Judge's Report and Recommended Decision on Plaintiff's social security appeal.  In her Recommended Decision, the Magistrate Judge recommends affirming the Commissioner's decision.  The time within which to file objections expired with no objection being filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.  Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 16) of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  The Commissioner's final administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 23rd day of February, 2024.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE